IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 90-8014
_____

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, COUNCIL NO. 4434,
                    Plaintiffs-Appellees,

        and

JESSE OLIVER, ET AL.,
                    Intervening Plaintiffs-Appellees,

        versus

WILLIAM P. CLEMENTS, Etc., ET AL.,
                    Defendants,

JIM MATTOX, ET AL.,
                    Defendants-Appellees-Appellants,

        versus

JUDGE F. HAROLD ENTZ, Etc.,
JUDGE SHAROLYN WOOD, Etc., and
GEORGE S. BAYOUD, JR., Etc.,
                    Defendants-Appellants,
            and

TOM RICKHOFF, SUSAN D. REED, JOHN J. SPECIA, JR.,
SID L. HARLE, SHARON MACRAE and MICHAEL P. PEDAN,
Bexar County, Texas State District Judges,
                    Appellants.


- - - - -
Appeals from the United States District Court for the
Western District of Texas
- - - - -

(Opinion January 27, 1993, 5 Cir., 1993,_____F.2_____)

(February 11, 1993)


Before POLITZ, Chief Judge, KING, GARWOOD, JOLLY, HIGGINBOTHAM,
    DAVIS, JONES, SMITH, DUHE, WIENER, BARKSDALE, and DeMOSS,
    Circuit Judges.*

BY THE COURT:


A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.



*Judge Emilio M. Garza is recused, and, therefore, did not participate in this decision.